**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**

Name: Jerry Michael Dorizas          Docket #:  1:01CR00028

Address: 7200 Kenwood Road, Cincinnati, OH 45236          Judge: The Honorable Sandra S. Beckwith

You have been ordered by the United States District Court to pay a special assessment of $ 200.00 ____, restitution of $ -0- ____, and/or a fine of $ 2,000.00 ____, as a condition of your supervision (probation, parole, or supervised release).

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the court order a payment schedule in the amount of $ 25.00, commencing 3-1-05. This is based on the following analysis of your ability to pay: Mr. Dorizas is working two part-time jobs and can only afford the above-stated amount. He has agreed to pay this amount.

_____   2/3/05
U.S. Probation Officer              Date

**Order of the Court:** The Court orders minimum monthly payments of $ 25 to commence on 3/1/05 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____   2/14/05
Signature of Judicial Officer       Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_____        _____
Defendant                                Date

_____        _____
U.S. Probation Officer                   Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU



# MEMORANDUM

**To:** The Honorable Sandra S. Beckwith
Chief United States District Judge

**cc:**

**From** Robert C. Frommeyer, Jr.
Senior United States Probation Officer

**Re:** Jerry Dorizas
CR-1-01-028
Pay Agreement

**Date:** February 3, 2005

Your Honor:

The purpose of this memorandum is to submit a proposed pay agreement in the above stated case. Dorizas has been employed, but only through temporary service agencies. He has the ability to increase his income , but it will be at least three months from now when his family's restaurant re-opens. At this time, Dorizas's best effort is $25.00 per month. Dorizas has agreed to this amount.

Please find the pay agreement attached to this memorandum. If the Court is in agreement with proposed amount, the Court is requested to fill in the amount, then sign and date the appropriate location.

Respectfully submitted,

Robert C. Frommeyer, Jr.
Senior United States Probation Officer

Reviewed and Approved:

John C. Cole
Supervising United States Probation Officer