PROB 12C
Rev 2/03
RE: **Jerry Michael Dorizas**
1:01CR00028

## United States District Court

for

## Southern District of Ohio

FILED
JAMES BONINI
CLERK

07 JAN -4 AM 9:48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Jerry Michael Dorizas**                           Case Number: **1:01CR00028**

Name of Sentencing Judicial Officer:     **The Honorable Sandra S. Beckwith**
                                         **Chief United States District Judge**

Date of Original Sentence:     **July 26, 2002**

Original Offense:     1) **Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
                      2) **Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)**

Original Sentence: **46 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **September 3, 2004**

Assistant U.S. Attorney:                                                         Defense Attorney:

### PETITIONING THE COURT

[ X ]   To issue a warrant
[ ]     To issue an Order to Appear and Show Cause
[ ]     To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." | The offender submitted urine samples on July 31, 2006, August 14, 2006, December 4, 2006, and December 18, 2006 which tested positive for the presence of cocaine. |

U.S. Probation Officer Recommendation:

Jerry Dorizas was sentenced to 46 months imprisonment after being convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2), and Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). He was released from imprisonment on September 3, 2004, and commenced a three year term of supervised release.

PROB 12C  
Rev 2/03

2

**RE:** Jerry Michael Dorizas  
1:01CR00028

The offender's adjustment to supervision has been marginal. He tested positive for cocaine use on July 31, 2006 and August 14, 2006. As a result, he was referred to outpatient substance abuse treatment. Although he has been participating in treatment, Dorizas submitted another urine sample on December 4, 2006, which tested positive for the presence of cocaine. On December 18, 2006, following the third positive drug test, Dorizas was confronted by this officer regarding his continued drug use. Dorizas denied drug use, and stated he was at a loss to explain how he could have tested positive. The option of a four month Community Re-entry Center (half-way house) stay was discussed with the offender and he voluntarily agreed to submit to a modification of his supervised release requiring him to reside in a halfway house facility for a term of four months. The offender understood he had the right to a hearing and assistance to counsel before any unfavorable change could be made in his conditions of supervision, and he voluntarily waived those rights. However, a urine sample taken following the meeting on December 18, 2006 tested positive for cocaine use.

Vocationally, Dorizas has not maintained gainful employment. He worked for a brief period of time laying carpet, and he has held part-time employment working for his parents helping them operate Greenwich Tavern which they own. The offender has reportedly sustained various injuries while on supervision which have interfered with his ability to maintain employment. Most recently, he reported sustaining neck, back, and wrist injuries following an automobile accident in September 2006.

The offender has a significant prior substance abuse history. He completed the Bureau of Prisons Intensive 500 Hour Program as well as six months of outpatient treatment while residing in the halfway house prior to his release from BOP custody. He has also recently been participating in outpatient substance abuse treatment. However, he continues to abuse cocaine. Dorizas has been reporting to the probation office as instructed, and he resides with his parents in the Kenwood area of Cincinnati, Ohio. However, his family has property in Greece, and Dorizas has recently mentioned his strong desire to move to that country immediately following his release from supervision. Dorizas fled to Greece in the 1990's to avoid prosecution in Hamilton County, Ohio for a drug related charge. He remained in Greece for several years until being apprehended upon his return. Based upon his continued substance abuse and risk of flight, it is respectfully requested the Court issue a warrant for the offender's arrest so he may be brought before the Court to answer why his supervision should not be revoked. This officer thanks the Court for its consideration in this matter.

The term of supervision should be  
    [X]    Revoked.  
    [ ]    Extended for years, for a total term of years.  
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)  
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 22, 2006**

by  
**Thomas Barbeau**  
U.S. Probation Officer

Approved,  
**John Cole**  
Supervising U.S. Probation Officer

PROB 12C
Rev 2/03

3

RE: Jerry Michael Dorizas
1:01CR00028

THE COURT ORDERS:

[ ] No Action
[X] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ] The Issuance of an Order to Appear and Show Cause
[ ] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ] Other

_____
Signature of Judicial Officer

12/28/06
Date