UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                 Case No. 1:01cr28

Jerry Dorizas
    Defendant.

2007 JAN -8 PM 2:12

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

Courtroom Deputy: ~~Jan Lahley~~ Arthur Hill
Court Reporter: none present
Date/Time: 1-8-07 @ 1:30 pm
United States Attorney: Anne Porter
Defendant Attorney: Mark ~~~~ Krumbein, retained

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [X] *petition for supervised release*
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict   [ ] Info  [ ] Indict Read  [ ] Info Read
Defendant pleads:  [ ] GUILTY  [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Beckwith

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: