AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

2007 JAN -8 PM 2: 12

_Southern_ _____ DISTRICT OF _Ohio (Western Division)_

UNITED STATES OF AMERICA

V.

_Jerry Dorizas_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _1:01cr028_

I, _Jerry Dorizas_ _____, charged in a (complaint) (petition)

pending in this District with _Supervised Release Violation_ _____

in violation of Title _18_ _____, U.S.C., _3583_ _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_[signature]_
_____
Defendant

_1/8/07_
_____
Date

_[signature]_
_____
Counsel for Defendant