AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__ District of __Ohio__

UNITED STATES OF AMERICA

V.

Jerry Michael Dorizas

**WARRANT FOR ARREST**

Case Number:  1:01-cr-28

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __JERRY MICHAEL DORIZAS__
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation         Probation Violation Petition

charging him or her       (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

__Mary C. Brown__
Name of Issuing Officer

_/s/ Mary C. Brown_
Signature of Issuing Officer

__Deputy Clerk__
Title of Issuing Officer

__January 4, 2007 at Cincinnati, Ohio__
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

FILED JAMES BONMI CLERK  07 JAN 25 PM 12:55

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

U.S. Probation Office, Cincinnati, OH

| DATE RECEIVED 1/4/07 | NAME AND TITLE OF ARRESTING OFFICER Joel J. Kimmet Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER /s/ Joel Kimmet, DUSM |
|---|---|---|
| DATE OF ARREST 1/5/07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest