# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

United States of America

vs.  Case No. 1:01-cr-28

Jerry Dorizas

**CRIMINAL MINUTES** – Hearing on Bail (2:12 - 2:26)

U.S. ATTORNEY PRESENT: Karl Kadon

COUNSEL FOR DEFENDANT: Mark Krumbein

REMARKS: Δ requests bail – father passed away yesterday. Govt. does not object to property bond of 2440 Gilbert Ave., Greenwich Tavern, valued at roughly $90,000. Bond granted of $100,000 cash or property (at Gilbert Ave.) Δ released to Pretrial Services at their direction with electronic monitoring. (Prop. located at: 2440 Gilbert Ave., Greenwich Tavern) Δ to surrender passport on 2/21/07

**Court Personnel**

Honorable: Sandra S. Beckwith, Chief Judge
Deputy Clerk: Mary Brown
Court Reporter: Mary Ann Ranz (official)
Date: Friday, Feb. 16, 2007