FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

07 MAR 16 PM 12:33

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:01 CR 028 |
| Plaintiff | |
| v. | |
| JERRY DORIZAS | LIS PENDENS NOTICE |
| Defendant | |

Notice is hereby given that Evelyn Dorizas of Cincinnati, Ohio, being the sole owner of the here-in described real estate located in Hamilton County, Ohio, pledges the entire value of said property as surety on the Appearance Bond in the amount of $100,000 in the above styled case to the United States District Court for the Southern District of Ohio at Cincinnati.

Said property was conveyed by deed recorded in the Hamilton County Clerk's Office in Deed Book 4198 Page 813 and Deed Book 4198 Page 816 and is more particularly described as follow:

**See attached copy of deeds**.

This Lis Pendens is effective until such time as it is released by the Clerk, United States District Court for the Southern District of Ohio, Western Division at Cincinnati.

JAMES BONINI, CLERK

By: *Sheila Elwood*
Deputy Clerk

10499    1931



Rebecca Prem Groppe
Hamilton County Recorder's Office
Doc #: 07-0038994 Type: MISC
Filed: 03/19/07 01:31:13 PM $100.00
Off.Rec.: 10499  01931  F M6 11  578