UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**United States of America**

vs.  Case No. 1:01-cr-28

**Jerry Dorizas**

**CRIMINAL MINUTES** - *Sentencing on Revocation*
(2:01 - 2:35)

U.S. ATTORNEY PRESENT: _Tim Oakley & Karl Kadon_

COUNSEL FOR DEFENDANT: _Thomas Pattern  Mark Krumbein_

PROBATION OFFICER: _Thomas Barbeau_

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:  Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

   **NOT GUILTY**_____

   **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

PROCEEDINGS: D admits violation. Mr. Barbeau summarizes violations. Supervised release is REVOKED. Any transcript is ordered sealed.

SENTENCE: 40 days imprisonment (time served) 5 months at a Re-entry Center (time served for home confinement) D must serve original supervised release due to terminate on 9/2/07. Electronic monitoring requirement withdrawn.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** Mary Brown

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Tuesday, July 3, 2007

2